NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICKY A. FREEMAN,                          )
                                           )
                Appellant,                 )
                                           )
v.                                         )          Case No. 2D19-1637
                                           )
STATE OF FLORIDA,                          )
                                           )
                Appellee.                  )
_____)

Opinion filed August 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Stephen M. Walker,
Judge.


PER CURIAM.


          Affirmed.  See Johnson v. State, 974 So. 2d 363 (Fla. 2008); Logan v.

State, 846 So. 2d 472 (Fla. 2003); Harris v. State, 818 So. 2d 567 (Fla. 2d DCA 2002).


MORRIS, SLEET, and ATKINSON, JJ., Concur.